981 A.2d 1278

**Detroy JOHNSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY PA, Respondent.**

**No. 105 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 9, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**